```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13647
   STEVEN SHAVERS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6805

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/30/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/04/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
STATMAN HARRIS & EYRICH   NOTICE ONLY    NOT FILED          .00           .00
STATMAN HARRIS & EYRICH   NOTICE ONLY    NOT FILED          .00           .00
INTER COUNTY JUDICIAL SA  NOTICE ONLY    NOT FILED          .00           .00
WASHINGTON MUTUAL         CURRENT MORTG        .00          .00           .00
HARRIS TRUST & SAVINGS B  CURRENT MORTG    2616.12          .00       2616.12
INTER COUNTY JUDICIAL SA  NOTICE ONLY    NOT FILED          .00           .00
HARRIS TRUST & SAVINGS B  MORTGAGE ARRE   30000.00          .00           .00
CAPITAL ONE SERVICES      UNSECURED      NOT FILED          .00           .00
CAPITAL ONE SERVICES      UNSECURED      NOT FILED          .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED          .00           .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED          .00           .00
MELVIN J KAPLAN           DEBTOR ATTY     3,500.00                        .00
TOM VAUGHN                TRUSTEE                                      178.88
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,795.00

PRIORITY                                          .00
SECURED                                      2,616.12
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           178.88
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS               2,795.00                2,795.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 13647 STEVEN SHAVERS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```